# EXHIBIT E

```
03-07-09                  MSP LETTERWRITER ACTIVITY FOR MONTH OF 02-09                              PAGE238,637
LOAN= 0035512201   DATE=02-24 USER=SWM KEY=CL046 VERS=009 TITLE=MA NOI TO FORECLOSE      lc FORM=    PRINTER=PLP% SECURITY=3
LINES-PER-PAGE=NO CONDITIONS=4
```

February 24, 2009


3640035512201534CL04602-24-09

Laurie Anderson

290 Quarry St Apt 311
Quincy MA 02169-4151

RE:  Loan No. 0035512201     Due Date: 07-01-08
     Property Address: 10 Huckleberry Ln, Randolph MA 02368

Dear Customer(s):
The above-referenced loan is in default due to an overdue balance.
You have the right to cure this default on or before 05-24-09.
The current balance due is $ 18,450.36.  To cure this default,
you must remit the balance due along with any payments, charges or
other fees that become due during this ninety day time period to
one of the following addresses:

```
Overnight_Delivery_Services     or      U.S._Postal_Delivery_Services
Aurora Loan Services                    Aurora Loan Services
Attn: Cashiering Dept                   Attn: Cashiering Dept
10350 Park Meadows Drive                PO Box 5180
Littleton CO 80124                      Denver CO  80217-5180
Toll-Free Telephone Number: 800-550-0509 or 866-521-3828
```

Any payments, charges, or other fees that become due during this
ninety (90) day time period must be included with the amount provided
above.  Only certified funds, money orders, cashier checks or Western
Union funds will be accepted.  NO PERSONAL CHECKS WILL BE ACCEPTED.
If you believe that the arrearage figure provided above is inaccurate,
please contact one of our Loan Counselors at 800-550-0509 to discuss
this matter.

If you do not bring your loan current within ninety (90) days of the
date of this letter, Aurora Loan Services may demand the entire balance
outstanding under the terms of your Mortgage/Deed of Trust.  This
amount includes, but is not limited to, the principal, interest and all
other outstanding fees and costs.  If you do not cure the default by the
date specified, Aurora may take steps to terminate your ownership in the
property by a foreclosure proceeding or other action to seize the home.
If you bring your loan current within the time allowed you are no longer
in default and may continue with the transaction as though no default
had occurred.

You have the right to bring your loan current after legal action has
begun.  You are hereby informed that you have the right to "cure" or
reinstate the loan after acceleration and the right to assert in the

```
03-07-09                MSP LETTERWRITER ACTIVITY FOR MONTH OF 02-09                    PAGE238,638

LOAN= 0035512201   DATE=02-24 USER=SWM KEY=CL046 VERS=009 TITLE=MA NOI TO FORECLOSE    lc FORM=    PRINTER=PLP% SECURITY=3
LINES-PER-PAGE=NO CONDITIONS=4
```

Loan Number   0035512201                                                     Page 2 of 2

foreclosure proceeding the non-existence of a default or any other
defense you may have to acceleration and sale.  Also, we are required
by Section 6050J of the Tax Reform Act of 1984 to report to the IRS
information in connection with abandonment, foreclosure and acquisition
of the mortgaged property.  If you do not cure your default by the date
stated above, we may sue you to obtain a judgment for the amount of the
debt or may take possession of the collateral.

The name and address of the mortgagee for this note and mortgage is
Aurora Loan Services, 10350 Park Meadows Drive, Littleton, CO 80124.

If a licensed mortgage broker was involved with the origination of this
mortgage according to our records, the broker\s name is listed here:

If a licensed mortgage originator was involved with the origination of
this mortgage according to our records, the originator\s name is listed
here:
Lehman Brothers Bank, FSB

You may avoid foreclosure by remitting the total amount due to bring your
account current.  To obtain the exact amount needed to bring the mortgage
current and cure this default, please call us at 800-550-0509.
If you are unable to pay the total amount owed, please contact us
immediately to discuss loan repayment options.  You may be eligible for
certain workouts through our loss mitigation department, including
repayment options.  Act now and call us immediately at 866-521-3828
to see if you qualify!

You may also be eligible for assistance from the Massachusetts Housing
Finance Agency and you may contact them at One Beacon Street, Boston,
MA 02108-3100 or by phone at 1-888-995-HOPE or fax your request to
fax number (617) 854-1029.  The Massachusetts Division of Banks may
also provide assistance and can be contacted in writing at One South
Station, Boston, MA 02110 or by phone at 1-800-495-BANK x501 or
fax your request to fax number (617) 956-1599.

If arrangements to reinstate your loan were made before you received
this notice, and you fulfill your obligations under those arrangements,
the actions noted in this letter will not be taken (excluding required
property inspections).  If you do not fulfill your obligations under
those arrangements, this notice will remain in force.

If you have any questions, please contact one of our Loan Counselors
at the address above or by calling 800-550-0509.

Loan Counseling

Aurora Loan Services is a debt collector. Aurora is attempting to
collect a debt and any information obtained will be used for that
purpose. However, if you are in bankruptcy or received a bankruptcy
discharge of this debt, this communication is not an attempt to
collect the debt against you personally, but is notice of a possible
enforcement of the lien against the collateral property.f a possible

```
03-07-09                     MSP LETTERWRITER ACTIVITY FOR MONTH OF 02-09                        PAGE238,639
LOAN= 0035512201    DATE=02-24 USER=SWM KEY=CL048 VERS=007 TITLE=MA NOI TO FORECLOSE-INPUT NM/A lc FORM=    PRINTER=PLP% SECURITY=3
LINES-PER-PAGE=NO CONDITIONS=4
```

February 24, 2009


3640035512201534CL04802-24-09


 GEORGE ANDERSON
10 HUCKLEBERRY LN
RANDOLPH MA 02368 ____


RE: Loan No. 0035512201    Due Date: 07-01-08
    Property Address: 10 Huckleberry Ln, Randolph MA 02368

Dear Customer(s):
The above-referenced loan is in default due to an overdue balance.
You have the right to cure this default on or before 05-24-09.
The current balance due is $ 18,450.36.  To cure this default,
you must remit the balance due along with any payments, charges or
other fees that become due during this ninety day time period to
one of the following addresses:

Overnight_Delivery_Services      or       U.S._Postal_Delivery_Services
Aurora Loan Services                      Aurora Loan Services
Attn: Cashiering Dept                     Attn: Cashiering Dept
10350 Park Meadows Drive                  PO Box 5180
Littleton CO 80124                        Denver CO  80217-5180
Toll-Free Telephone Number: 800-550-0509 or 866-521-3828

Any payments, charges, or other fees that become due during this
ninety (90) day time period must be included with the amount provided
above.  Only certified funds, money orders, cashier checks or Western
Union funds will be accepted.  NO PERSONAL CHECKS WILL BE ACCEPTED.
If you believe that the arrearage figure provided above is inaccurate,
please contact one of our Loan Counselors at 800-550-0509 to discuss
this matter.

If you do not bring your loan current within ninety (90) days of the
date of this letter, Aurora Loan Services may demand the entire balance
outstanding under the terms of your Mortgage/Deed of Trust.  This
amount includes, but is not limited to, the principal, interest and all
other outstanding fees and costs.  If you do not cure the default by the
date specified, Aurora may take steps to terminate your ownership in the
property by a foreclosure proceeding or other action to seize the home.
If you bring your loan current within the time allowed you are no longer
in default and may continue with the transaction as though no default
had occurred.

You have the right to bring your loan current after legal action has
begun.  You are hereby informed that you have the right to "cure" or
reinstate the loan after acceleration and the right to assert in the

```
03-07-09                    MSP LETTERWRITER ACTIVITY FOR MONTH OF 02-09                       PAGE238,640

LOAN= 0035512201    DATE=02-24 USER=SWM KEY=CL048 VERS=007 TITLE=MA NOI TO FORECLOSE-INPUT NM/A lc FORM=    PRINTER=PLP% SECURITY=3
LINES-PER-PAGE=NO CONDITIONS=4
```

Loan Number   0035512201                                        Page 2 of 2

foreclosure proceeding the non-existence of a default or any other
defense you may have to acceleration and sale.  Also, we are required
by Section 6050J of the Tax Reform Act of 1984 to report to the IRS
information in connection with abandonment, foreclosure and acquisition
of the mortgaged property.  If you do not cure your default by the date
stated above, we may sue you to obtain a judgment for the amount of the
debt or may take possession of the collateral.

The name and address of the mortgagee for this note and mortgage is
Aurora Loan Services, 10350 Park Meadows Drive, Littleton, CO 80124.

If a licensed mortgage broker was involved with the origination of this
mortgage according to our records, the broker\s name is listed here:

If a licensed mortgage originator was involved with the origination of
this mortgage according to our records, the originator\s name is listed
here:
Lehman Brothers Bank, FSB

You may avoid foreclosure by remitting the total amount due to bring your
account current.  To obtain the exact amount needed to bring the mortgage
current and cure this default, please call us at 1-800-550-0509.
If you are unable to pay the total amount owed, please contact us
immediately to discuss loan repayment options.  You may be eligible for
certain workouts through our loss mitigation department, including
repayment options.  Act now and call us immediately at 866-521-3828
to see if you qualify!

You may also be eligible for assistance from the Massachusetts Housing
Finance Agency and you may contact them at One Beacon Street, Boston,
MA 02108-3100 or by phone at 1-888-995-HOPE or fax your request to
fax number (617) 854-1029.  The Massachusetts Division of Banks may
also provide assistance and can be contacted in writing at One South
Station, Boston, MA 02110 or by phone at 1-800-495-BANK x501 or
fax your request to fax number (617) 956-1599.

If arrangements to reinstate your loan were made before you received
this notice, and you fulfill your obligations under those arrangements,
the actions noted in this letter will not be taken (excluding required
property inspections).  If you do not fulfill your obligations under
those arrangements, this notice will remain in force.

If you have any questions, please contact one of our Loan Counselors
at the address above or by calling 800-550-0509.

Loan Counseling

Aurora Loan Services is a debt collector. Aurora is attempting to
collect a debt and any information obtained will be used for that
purpose. However, if you are in bankruptcy or received a bankruptcy
discharge of this debt, this communication is not an attempt to
collect the debt against you personally, but is notice of a possible
enforcement of the lien against the collateral property.f a possible